# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HOLM, JOSHUA<br>HOLM, MICHELLE | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-70767 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-6491  35-6789312<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MAY 11, 2009** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 557.95 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 58.19 |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. | Receipts | $ 4,523.25 |
| b. | Disbursements | $ 2,800.00 |
| c. | Net Cash Available for Distribution | $ 1,723.25 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $1,107.11, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $107,887.60.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:


        4/9/09                                    s/s  Joseph D. Olsen
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 2         Date Rcvd: Apr 21, 2009
Case: 08-70767                Form ID: pdf002             Total Served: 37

The following entities were served by first class mail on Apr 23, 2009.
db/jdb         +Joshua Holm,    Michelle Holm,    1377 Prosser,    Sycamore, IL 60178-1111
aty            +Charles L. Fierz,    134 W. State Street,    Sycamore, IL 60178-1472
aty            +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr             +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12055481        Beneficial,    P.O. Box 60101,    City Of Industry, CA  91716-0101
12055482       +Beneficial Payment Processing,    P.O. Box 5250,    Carol Stream, IL 60197-5250
12055483        Cal State 9 Credit Union,    P.O. Box 271768,    Concord, CA  94527-1768
12055484        Capital One Bank,    P.O. Box 60024,    City Of Industry, CA  91716-0024
12055485       +Capital One%General Correspondence,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12055480        Charles L Fierz,    60178
12055486        Contra Costa County Tax Collector,    P.O. Box 631,    Martinez, CA  94553-0063
12148511       +EBMUD,    Attn Anita Dickey,    MS 42,    Payment Center,    Oakland, CA 94649-0001
12148512       +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12055487       +GFS Financial Solutions/Citibank,    P.O. Box 4499,    Beaverton, OR 97076-4499
12055489        HSBC Card Services,    P.O. Box 17051,    Baltimore, MD  21297-1051
12055490       +HSBC Payment Processing Center,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12055478       +Holm Joshua,    1377 Prosser,    Sycamore, IL 60178-1111
12055479       +Holm Michelle,    1377 Prosser,    Sycamore, IL 60178-1111
12055488        Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
12424299        Household Finance Corporation Beneficial,     by eCAST Settlement Corporation,    as its agent,
                  POB 35480,    Newark NJ 07193-5480
12055491       +Janise Semingson,    8069 Elm Street,    Downs, IL 61736-9516
12055492        Juniper Visa Card Services,    P.O. Box 13337,    Philadelphiapa, PA  19101-3337
12055493       +Karen Hagen,    1377 Prosser Drive,    Sycamore, IL 60178-1111
12055494        Macy's,    P.O. Box 183083,    Columbus, OH  43218-3083
12055495       +Nco Financial Systems, Inc.,    Capital One Bank,    P.O. Box 61247 Dept.64,
                  Virginia Beach, VA 23466-1247
12148510       +PG&E,    PO Box 997300,    Sacramento, CA 95899-7300
12294062        PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
12224371       +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
12055496        Target National Bank,    P.O. Box 59317,    Minneapolis, MN  55459-0317
12055497        The Mechanics Bank,    P.O. Box 5610,    Hercules, CA  94547-5610
12055498        U.S. Department Of Education,    P.O. Box 530260,    Atlanta, GA  30353-0260
12357595        United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                  Greenville, TX 75403-5609
12055500       ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
                (address filed with court:  Wachovia Dealer,     P.O. Box 25341,    Santa Anna, CA  92799-5349)
12055499       +Wachovia,    4101 Wiseman Blvd.  Bldg. 203,    San Antonio, TX 78251-4200
13669584        eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
12411435        eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                  Newark NJ 07193-5480
The following entities were served by electronic transmission on Apr 22, 2009.
12368492        E-mail/PDF: BNCEmails@blinellc.com Apr 22 2009 12:43:17     Roundup Funding, LLC,    MS 550,
                  PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12411436*       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                  Newark NJ 07193-5480
12411437*       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                  Newark NJ 07193-5480
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Apr 21, 2009
Case: 08-70767                Form ID: pdf002         Total Served: 37

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2009**            **Signature:** *Joseph Speetjens*